FILED
July 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002795871

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

JEFFERY ALLAN PUCKETT and
RENATA FEDUSZCZAK PUCKETT,

Debtors.

Case No. 09-62762-B-7

DC No. BMS-1

**MOTION FOR APPROVAL OF SALE OF LIQUOR LICENSE**

Date: September 8, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1. Jeffery Allan Puckett and Rentaa Feduszczak Puckett ("Debtors"), filed their Chapter 7 bankruptcy petition on December 31, 2009. Trustee is the duly appointed, qualified and acting Trustee in this case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. The assets of the estate include a Type 47 liquor license.

4. Debtors intend to keep the liquor license for use in a restaurant business.

5. The value of the liquor license is between $18,000.00 and $22,000.00. Debtors claimed an exemption in the liquor license in the amount of $15,500.00.

6. Trustee has agreed to sell the non-exempt equity in the liquor license to the Debtors for the sum of $3,000.00, which sum Trustee has received from the Debtors.

7. Debtors will assume any and all tax, renewal fees and other liabilities owed now or in the future concerning the liquor license.

8. Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of the estate to sell the liquor license to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained which would net a greater amount to the estate.

9. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the Type 47 liquor license to the Debtors as set forth above.

Dated: July 20, 2010

_____
BETH MAXWELL STRATTON, Trustee